*E-Filed 10/25/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT A. LOPEZ, | No. C 12-3659 RS (PR) |
|     Petitioner, | **ORDER OF TRANSFER** |
|   v. | |
| G.D. LOUIS, | |
|     Respondent. | |

Petitioner challenges the constitutional validity of the convictions he suffered in a Stanislaus County Superior Court. Stanislaus County lies in the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(b). Because petitioner suffered his convictions in the Eastern District, this action is TRANSFERRED to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

DATED: October 25, 2012

    RICHARD SEEBORG
    United States District Judge